IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

**ANNIE JEAN JOHNSON,**

    **Plaintiff,**

**v.**                                                       Civil Action No. 8:20-cv-00748-GJH

**WELLS FARGO BANK, NA,** *et al.***,**

    **Defendants.**

## **NOTICE OF APPEARANCE**

Please enter the appearance of Dia Rasinariu as an attorney for Experian Information Solutions, Inc.


Dated: July 6, 2020                            Respectfully submitted,

                                                             */s/  Dia Rasinariu*
                                                             Dia Rasinariu (D. Md. Bar #20031)
                                                             JONES DAY
                                                            51 Louisiana Ave., N.W.
                                                            Washington, D.C. 20001
                                                            Phone:  (202) 879-3939
                                                            Email:  drasinariu@jonesday.com

                                                            *Counsel for Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 6, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Maryland by using the CM/ECF system.

                                                        /s/ Dia Rasinariu
                                                        Dia Rasinariu