UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND  (GREENBELT)

---

ANNIE JEAN JOHNSON,                             CASE NO. 8:20-cv-00748-GJH
      Plaintiff,

  vs.

WELLS FARGO BANK, NA; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; and TRANS UNION, LLC;
      Defendants.

---

### STIPULATION OF DISMISSAL WITH PREJUDICE
### BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

---

Plaintiff Annie Jean Johnson ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                Respectfully submitted,


Date:  November 17, 2020              /s/ Kevin C. Williams (with consent)
                                          Kevin C. Williams, Esq.
                                          Law Office of Kevin Williams
                                          8403 Colesville Road, Suite 1100
                                          Silver Spring, MD  20910
                                          Telephone:  (301) 399-1700
                                          Fax:  (240) 252-3036
                                          E-Mail:  kevin@kwesquire.com

                                          *Counsel for Plaintiff Annie Jean Johnson*

Date: <u>November 17, 2020</u>     <u>/s/ Susan R. Shan</u>
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Susan R. Shan, Esq. (813810)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com
            sshan@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of November, 2020**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Kevin C. Williams, Esq. <br> kevin@kwesquire.com | John Curtis Lynch, Esq. <br> john.lynch@troutman.com |
| Nathan Daniel Adler, Esq. <br> nda@nqgrg.com | Dia Rasinariu, Esq. <br> drasinariu@jonesday.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **17th day of November, 2020** properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Susan R. Shan*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Susan R. Shan, Esq. (813810)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com
          sshan@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*