UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND  (GREENBELT)

---

ANNIE JEAN JOHNSON,                             CASE NO. 8:20-cv-00748-GJH
      Plaintiff,

vs.

WELLS FARGO BANK, NA; EQUIFAX
INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC.; and TRANS UNION, LLC;
      Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TRANS UNION, LLC ONLY**

---

Plaintiff Annie Jean Johnson, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Annie Jean Johnson against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Annie Jean Johnson and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____         _____
                                                                        JUDGE, United States District Court,
                                                                        District of Maryland

DISTRIBUTION TO:

| | |
|---|---|
| Kevin C. Williams, Esq.<br>kevin@kwesquire.com | John Curtis Lynch, Esq.<br>john.lynch@troutman.com |
| Nathan Daniel Adler, Esq.<br>nda@nqgrg.com | Dia Rasinariu, Esq.<br>drasinariu@jonesday.com |
| Robert J. Schuckit, Esq.<br>rschuckit@schuckitlaw.com | Susan R. Shan, Esq.<br>sshan@schuckitlaw.com |