# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

**ANNIE JEAN JOHNSON,**

    **Plaintiff,**

**v.**                                                Civil Action No. 8:20-cv-00748-GJH

**WELLS FARGO BANK, NA,** *et al.***,**

    **Defendants.**

## NOTICE OF APPEARANCE

Please enter the appearance of Jon G. Heintz as an attorney for Experian Information Solutions, Inc.

Dated: November 30, 2020                         Respectfully submitted,

                                                        */s/ Jon G. Heintz*
                                                        Jon G. Heintz (D. Md. Bar # 13001)
                                                        JONES DAY
                                                        51 Louisiana Ave., N.W.
                                                        Washington, D.C. 20001
                                                        Phone: (202) 879-3819
                                                        Email: jheintz@jonesday.com

                                                        *Counsel for Defendant*
                                                        *Experian Information Solutions, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Maryland by using the CM/ECF system, causing it to be served on all counsel of record.

                                                      */s/ Jon G. Heintz*
                                                    Jon G. Heintz